```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
FOUZIA AKTAR,               :
                         Plaintiff,    :
                                :
          -against-    :    22-CV-1449 (VEC)
                                :
JPMORGAN CHASE BANK, N.A.; EQUIFAX    :    ORDER
INFORMATION SERVICES, LLC; EXPERIAN    :
INFORMATION SOLUTIONS, INC.; AND    :
TRANSUNION, LLC,    :
                                :
                     Defendants.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 25, 2022 (Dkt. 17), the parties notified the Court that plaintiff and JP Morgan Chase Bank, N.A., have reached an agreement in principle resolving all issues; and

       WHEREAS on April 26, 2022 (Dkt. 18), the parties notified the Court that plaintiff and Experian Information Solutions, Inc., have reached an agreement in principle resolving all issues; and

       WHEREAS there are no remaining Defendants in this case.

       IT IS HEREBY ORDERED that this case is DISMISSED with prejudice and without costs (including attorneys' fees) to any party.  The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

       Within **30 days** of this order, the parties may apply to reopen this case.  Any such application must show good cause for holding the case open in light of the parties' settlement and must be filed within **30 days**.  Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

       Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 30-day period**: (1) their settlement

agreement to the Court in accordance with Rule 6.A of the Court's Individual Practices and (2) a request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

Date:  **April 27, 2022**
        **New York, NY**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**